

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL

February 12, 1953

Hon. Harold Vittitoe
County Attorney
Brooks County
Falfurrias, Texas

Opinion No. S-05

Re: Authority of the commis-
sioners' court to pay the
cost of publishing the
complete minutes of all
special and regular meet-
ings of the court in a
newspaper of general cir-
culation.

Dear Sir:

You have requested an opinion on the follow-
ing question:

"Is the Commissioners Court of Brooks
County authorized to have published in the
Falfurrias Facts, a newspaper of general
circulation in said County, at said County
expense, the complete minutes of all
special and regular meetings of said Court?"

The Texas courts have repeatedly held that
the commissioners' court is a court of limited
jurisdiction and has only such powers as are conferred
upon it, either by express terms or by necessary impli-
cation, by the statutes and Constitution of Texas.
Childress County v. State, 127 Tex. 343, 92 S.W.2d 1011
(1936); Von Rosenberg v. Lovett, 173 S.W. 508 (Tex.Civ.
App. 1915, error ref): Roper v. Hall, 280 S.W. 289
(Tex.Civ.App. 1925).

We find no statute or Constitutional provi-
sion that would authorize the commissioners' court,
either by express terms or necessary implication, to
pay the costs of publishing the complete minutes of all
special and regular meetings of the court in a newspaper
of general circulation in the county. Therefore, your
question is answered in the negative. This, of course,
does not mean that the minutes of the Commissioners'
Court shall not be made public as prescribed by stat-
utes and opinions of this office, and all newspapers
as well as the public generally shall have access to

these minutes and may publish all or part as they so
desire as a public service.

## SUMMARY

The commissioners' court does not have
authority to pay the costs of publishing the
complete minutes of all special and regular
meetings of the court in a newspaper of
general circulation in the county. However,
this does not prevent any newspaper or
individual from having access to the pro-
ceedings and publishing as a public service
any portion they desire.

Yours very truly,

APPROVED:

JOHN BEN SHEPPERD
Attorney General

J. C. Davis, Jr.
County Affairs Division

C. K. Richards
Reviewer

By *B. Duncan Davis*

B. Duncan Davis
Assistant

Robert S. Trotti
First Assistant

John Ben Shepperd
Attorney General

BDD:am